08-27

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:08-mc-00066

In Re: Scotia Development, LLC, et al. v. The Bank of New York Trust Company, N.A.
Assigned to: Chief Judge Hayden Head
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Cases in other court: None
Cause:

Date Filed: 7/17/2008
Jury Demand:
Jurisdiction:

**In Re**

-------------------

**Scotia Development, LLC, et al.**

V.

**Appellant**

-------------------

**Angelo, Gordon & Co., L.P., Aurelius Capital Management, LP, and Davidson Kempner Capital Management LLC**

*Petitioner*

represented by **Eric D Winston**
Stutman Treister et al
1901 Ave of the Stars
12th Fl
Los Angeles, CA 90067
310-228-5788
Email: ewinston@stutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H Davidson**
Stutman, Treister, et al
1901 Ave of the Stars
12th Floor
Los Angeles, CA 90067
US
310-228-5600
Fax: 310-228-5788
Email: jdavidson@stutman.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Appellee**

------------------------

| | | |
|---|---|---|
| **Official Unsecured Creditors' Committee,** *Official Unsecured Creditors' Committee, Appellee* [Respondent] | represented by | **Maxim B Litvak**<br>Pachulski Stang et al<br>150 California St<br>15th Floor<br>San Francisco, CA 94111-4500<br>415-263-7000<br>Fax: 415-263-7010 fax<br>Email: mlitvak@pszjlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

------------------------

| | | |
|---|---|---|
| **Marathon Structured Finance Fund L.P.** [Respondent] | represented by | **David Neier**<br>Winston Strawn<br>200 Park Avenue<br>New York, NY 10166<br>US<br>212-294-6700<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven M Schwartz**<br>Winston and Strawn LLP<br>200 Park Ave<br>New York, NY 10166<br>US<br>212-294-6761<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John D Penn**<br>Haynes and Boone, LLP<br>201 Main<br>Ste 2200<br>Fort Worth, TX 76102-3126<br>817-347-6610<br>Fax: 817-348-2300 fax<br>Email: john.penn@haynesboone.com<br>*ATTORNEY TO BE NOTICED* |

**Official Unsecured Creditors'**
**Committee**

| | | |
|---|---|---|
| **Mendocino Redwood Company, LLC** [handwritten: Respondent] | represented by | **Allan S Brilliant**<br>Goodwin Procter LLP<br>New York Times Bldg<br>620 Eighth Ave<br>New York, NY 10018-1405<br>US<br>212-813-8900<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Brian D Hail**<br>Goodwin Procter LLP<br>New York Times Bldg<br>620 Eighth Ave<br>New York, NY 10018-1406<br>US<br>212-459-7251<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Craig P Druehl**<br>Goodwin Procter LLP<br>New York Times Bldg.<br>620 Eighth Ave<br>New York, NY 10018-1405<br>US<br>212-813-8988<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Debtor-in-Possession**
------------------------

| | | |
|---|---|---|
| **The Pacific Lumber Company** [handwritten: Respondent] | represented by | **Nathaniel Peter Holzer**<br>Jordan Hyden et al<br>500 N Shoreline<br>Ste 900<br>Corpus Christi, TX 78471<br>361-884-5678<br>Fax: 361-888-5555<br>Email: pholzer@jhwclaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Scotia Pacific Company LLC** [handwritten: Petitioner] | represented by | **Aaron Graham York**<br>Gibson Dunn et al |

2100 McKinney Ave
Ste 1100
Dallas, TX 75201
214-698-3239
Email: ayork@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Fromme**
Gibson Dunn & Cruthcher LLP
3161 Michelson Dr
Irvine, CA 92612
US
949-451-3850
Fax: 949-475-4760
Email: efromme@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn A Coleman**
Gibson Dunn et al
200 Park Ave
New York, NY 10166-0193
US
212-351-3889
Email: kcoleman@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Party of Interest**
------------------------

**The American Securitization Forum**     represented by  **David Woods**
McGuire Craddock & Strother
500 N Ackard
Ste 3550
Dallas, TX 75220
214-954-6847
Fax: 214-950-6850
Email: dwoods@mcslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh McDonald**
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
US

                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Lauren M Macksoud**
                Thacher Proffitt & Wood LLP
                Two World Financial Center
                New York, NY 10281
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

V.

**Movant**

--------------------



**The Bank of New York Trust**     represented by   **William R Greendyke**
**Company, N.A.,** *as Indenture Trustee*            Fulbright & Jaworski LLP
*for the Timber Notes*               1301 McKinney
                 Ste 5100
                 Houston, TX 77010
                 713-651-5193
                 Email: wgreendyke@fulbright.com
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

                 **Zack A Clement**
                 Fulbright Jaworski LLP
                 1301 McKinney
                 Ste 5100
                 Houston, TX 77010-3095
                 713-651-5434
                 Fax: 713-651-5246
                 Email: zclement@fulbright.com
                 *ATTORNEY TO BE NOTICED*

V.

**Interested Party**

--------------------

**California State Agencies,** *California*    represented by   **Paul J Pascuzzi**
*State Agencies*                 Felderstein, Fitzgerald, et al.
                 400 Capitol Mall
                 Suite 1450
                 Sacramento, CA 95814
                 US
                 916-329-7400, ext 22
                 Fax: 916-329-7435
                 Email: ppascuzzi@ffwplaw.com
                 *ATTORNEY TO BE NOTICED*

CSG Investments

Scotia Redwood Foundation, Inc.

Matthew Z Leopold

*[handwritten annotations: Attorney: Petitioner Roger Townsend > Alexander Dubose; Murray Cohen > Akin Gump; Charles Gibbs > Dallas]*

represented by **Matthew Z Leopold**
U.S. Dept of Justice - Environment Div.

950 Pennsylvania Ave
Rm 2616
Washington, DC 20530
US
202-514-9050
Fax: 202-514-4231
Email: matt.leopold@usdoj.gov
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 7/17/2008 | 1 1 | MOTION to Stay *Emergency Motion for Stay Pending Appeal* by The Bank of New York Trust Company, N.A., filed. Motion Docket Date 8/6/2008. (Attachments: # (1) Proposed Order)(Greendyke, William) (Entered: 7/17/2008) |
| 7/17/2008 | 2 | AFFIDAVIT of William Greendyke re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal*, filed.(Greendyke, William) (Entered: 7/17/2008) |
| 7/17/2008 | 3 | BRIEF in Support *Indenture Trustee's Memorandum of Law in Support of Emergency Motion for Stay Pending Appeal* re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal* by The Bank of New York Trust Company, N.A., filed.(Greendyke, William) (Entered: 7/17/2008) |
| 7/17/2008 | 4 4 | MOTION to Expedite Hearing on Emergency Motion for Stay Pending Appeal ( Motion Docket Date 8/6/2008.), MOTION for Hearing re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal* by The Bank of New York Trust Company, N.A., filed. (Attachments: # (1) Proposed Order)(Greendyke, William) (Entered: 7/17/2008) |
| | 5 5 5 5 5 5 5 5 5 | APPENDIX re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal* by The Bank of New York Trust Company, N.A., filed. (Attachments: |

| Date | Doc # | Description |
|---|---|---|
| 7/17/2008 | 5 | # (1) Appendix A.2, # (2) Appendix A.3, # (3) Appendix A.4, # (4) Appendix B, # (5) Appendix C, # (6) Appendix D, # (7) Appendix E, # (8) Appendix F, # (9) Appendix G.1, # (10) Appendix G.2, # (11) Appendix G.3, # (12) Appendix G.4, # (13) Appendix G.5, # (14) Appendix G.6, # (15) Appendix G.7, # (16) Appendix H, # (17) Appendix I.1, # (18) AppendixI.2, # (19) Appendix J.1, # (20) Appendix J.2, # (21) Appendix K.1, # (22) Appendix K.2, # (23) Appendix L.1, # (24) Appendix L.2, # (25) Appendix M) (Greendyke, William) (Entered: 7/17/2008) |
| 7/17/2008 | 6 | APPENDIX re: [3] Brief, by The Bank of New York Trust Company, N.A., filed. (Attachments: # (1) Appendix B, # (2) Appendix C, # (3) Exhibit D, # (4) Appendix D-2, # (5) Appendix E, # (6) Appendix E-2, # (7) Appendix E-3, # (8) Appendix E-4, # (9) Appendix E-5, # (10) Appendix E-6, # (11) Appendix E-7, # (12) Appendix E-8, # (13) Appendix E-9, # (14) Appendix E-10, # (15) Appendix E-11, # (16) Appendix E-12, # (17) Appendix E-13, # (18) Appendix E-14, # (19) Appendix E-15, # (20) Appendix E-16, # (21) Appendix E-17, # (22) Appendix E-18, # (23) Appendix E-19, # (24) Appendix E-20, # (25) Appendix E-21, # (26) Appendix E-22, # (27) Appendix E-23, # (28) Appendix E-24)(Worden, Mark) (Entered: 7/17/2008) |
|  | 7 |  |

| | | |
|---|---|---|
| 7/17/2008 | 7 (×27) | APPENDIX re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal* by The Bank of New York Trust Company, N.A., filed. (Attachments: # (1) Appendix N.2, # (2) Appendix N.3, # (3) Appendix O.1, # (4) Appendix O.2, # (5) Appendix P.1, #(6) Appendix P.2, # (7) Appendix P.3, # (8) Appendix P.4, # (9) Appendix P.5, # (10) Appendix Q, # (11) Appendix R, # (12) Appendix S, # (13) Appendix T, # (14) Appendix U, # (15) Appendix V, # (16) Appendix W.1, # (17) Appendix W.2, # (18) AppendixX, # (19) Appendix Y, # (20) Appendix Z.1, # (21) Appendix Z.2, # (22) Appendix AA.1, # (23) Appendix AA.2, # (24) Affidavit AA.3, # (25) Appendix AA.4, # (26) Appendix AA.5, # (27) Appendix BB)(Greendyke, William) (Entered: 7/17/2008) |
| 7/17/2008 | 8 (×5) | APPENDIX re: [4] MOTION to Expedite Hearing on Emergency Motion for Stay Pending Appeal MOTION for Hearing re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal* MOTION for Hearing re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal* by The Bank of New York Trust Company, N.A., filed. (Attachments: # (1) Appendix A.2, # (2) Appendix A.3, # (3) Appendix A.4, # (4) Appendix B)(Greendyke, William) (Entered: 7/17/2008) |
| 7/17/2008 | 9 (×15) | APPENDIX re: [3] Brief, by The Bank of New York Trust Company, N.A., filed. (Attachments: # (1) Appendix F-2, # (2) Appendix G, # (3) Appendix G-2, # (4) Appendix H, # (5) Appendix I, # (6) Appendix J, # (7) Appendix K, # (8) Appendix L, # (9) Appendix M, # (10) Appendix N, # (11) Appendix O, # (12) Appendix P, # (13) Appendix Q, # (14) Appendix R, # (15) Appendix S, # |

| | | |
|---|---|---|
| | 9<br>9<br>9<br>9<br>9<br>9<br>9<br>9<br>9<br>9<br>9<br>9<br>9<br>9 | (16) Appendix T, # (17) Appendix U, # (18) Appendix V, # (19) Appendix V-2, # (20) Appendix V-3, # (21) Appendix V-4, # (22) Appendix V-5, # (23) Appendix V-6, # (24) Appendix V-7, # (25) Appendix W, # (26) Appendix X) (Worden, Mark) (Entered: 7/17/2008) |
| 7/17/2008 | 10 | MOTION for Leave to File "Statement of The American Securitization Forum, as Amicus Curiae, in Support of the Indenture Trustee's Emergency Motion for a Stay Pending Appeal" by The American Securitization Forum, filed. Motion Docket Date 8/6/2008. (Woods, David) (Entered: 7/17/2008) |
| 7/17/2008 | 11 | MOTION for Hugh McDonald to Appear Pro Hac Vice by Hugh McDonald, filed. Motion Docket Date 8/6/2008. (Woods, David) (Entered: 7/17/2008) |
| 7/17/2008 | 12 | MOTION for Lauren M. Macksoud to Appear Pro Hac Vice by Lauren M. Macksoud, filed. Motion Docket Date 8/6/2008. (Woods, David) (Entered: 7/17/2008) |
| 7/17/2008 | 13 | ORDER. Court ORDERS parties opposed to movant's Emergency Motion for Stay Pending Appeal DE [1] to file written response with the Court immediately.(Signed by Chief Judge Hayden Head) Parties notified-copies manually sent to all attys listed in certificate of service at DE 1.(mserpa, ) (Entered: 7/18/2008) |
| 7/18/2008 | 14 | OBJECTIONS to [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal*, filed by California State Agencies. (Pascuzzi, Paul) (Entered: 7/18/2008) |
| 7/18/2008 | 15 | *Request for Judicial Notice in Support of Opposition to Indenture Trustee's Emergency Motion for a Stay Pending Appeal* by California State Agencies, filed.(Pascuzzi, Paul) (Entered: 7/18/2008) |
| 7/18/2008 | 16<br>16 | First RESPONSE in Opposition to [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal*, filed by The Pacific Lumber Company. (Attachments: # (1) Exhibit Doc # 3381, Case # 07-20027, FINDINGS OF FACT AND CONCLUSIONS OF LAW ON THE EMERGENCY MOTION OF THE INDENTURE TRUSTEE FOR STAY PENDING APPEAL AND THE PETITION FOR DIRECT APPEAL R TO THE FIFTH CIRCUIT COURT OF APPEALS)(Holzer, Nathaniel) (Entered: 7/18/2008) |
| | | |

| | | |
|---|---|---|
| 7/18/2008 | 17 17 | JOINDER in [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal*, filed by Angelo, Gordon & Co., L.P., Aurelius Capital Management, LP, and Davidson Kempner Capital Management LLC. (Attachments: # (1) Certificate of Service)(Winston, Eric) (Entered: 7/18/2008) |
| 7/18/2008 | 18 | MOTION for Jeffrey H. Davidson to Appear Pro Hac Vice by Angelo, Gordon & Co., L.P., Aurelius Capital Management, LP, and Davidson Kempner Capital Management LLC, filed. Motion Docket Date 8/7/2008. (Winston, Eric) (Entered: 7/18/2008) |
| 7/18/2008 | 19 | MOTION for Eric D. Winston to Appear Pro Hac Vice by Angelo, Gordon & Co., L.P., Aurelius Capital Management, LP, and Davidson Kempner Capital Management LLC, filed. Motion Docket Date 8/7/2008. (Winston, Eric) (Entered: 7/18/2008) |
| 7/18/2008 | 20 20 20 20 20 20 | RESPONSE in Opposition to [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal*, filed by Marathon Structured Finance Fund L.P., Official Unsecured Creditors' Committee, Mendocino Redwood Company, LLC. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E)(Penn, John) (Entered: 7/18/2008) |
| 7/18/2008 | 21 | MOTION for David Neier to Appear Pro Hac Vice by Marathon Structured Finance Fund L.P., filed. Motion Docket Date 8/7/2008. (Penn, John) (Entered: 7/18/2008) |
| 7/18/2008 | 22 | MOTION for Steven M. Schwartz to Appear Pro Hac Vice by Marathon Structured Finance Fund L.P., filed. Motion Docket Date 8/7/2008. (Penn, John) (Entered: 7/18/2008) |
| 7/18/2008 | 23 | MOTION for Allan S. Brilliant to Appear Pro Hac Vice by Mendocino Redwood Company, LLC, filed. Motion Docket Date 8/7/2008. (Penn, John) (Entered: 7/18/2008) |
| 7/18/2008 | 24 | MOTION for Brian D. Hail to Appear Pro Hac Vice by Mendocino Redwood Company, LLC, filed. Motion Docket Date 8/7/2008. (Penn, John) (Entered: 7/18/2008) |
| 7/18/2008 | 25 | MOTION for Craig P. Druehl to Appear Pro Hac Vice by Mendocino Redwood Company, LLC, filed. Motion Docket Date 8/7/2008. (Penn, John) (Entered: 7/18/2008) |
| 7/18/2008 | 26 | MOTION for Paul J. Pascuzzi to Appear Pro Hac Vice by California State Agencies, filed. Motion Docket Date 8/7/2008. (Pascuzzi, Paul) (Entered: 7/18/2008) |
| | | RESPONSE in Opposition to [1] MOTION to Stay *Emergency Motion for* |

| | | |
|---|---|---|
| 7/18/2008 | 27 | *Stay Pending Appeal*, filed by Bank Of America, N.A.. (Metcalf, Brian) (Entered: 7/18/2008) |
| 7/18/2008 | 28 | MOTION for Ana Acevedo to Appear Pro Hac Vice by Bank Of America, N.A., filed. Motion Docket Date 8/7/2008. (Metcalf, Brian) (Entered: 7/18/2008) |
| 7/18/2008 | 29 | MOTION for Emily R. Culler to Appear Pro Hac Vice by Bank Of America, N.A., filed. Motion Docket Date 8/7/2008. (Metcalf, Brian) (Entered: 7/18/2008) |
| 7/18/2008 | 30 30 30 30 30 30 30 30 30 30 30 30 | JOINDER in [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal of Indenture Trustee*, filed by CSG Investments, Scotia Redwood Foundation, Inc.. (Attachments: # (1) Service List, # (2) Exhibit, # (3) Exhibit B, # (4) Exhibit C,# (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Exhibit G, # (9) Exhibit H, # (10) Exhibit I, # (11) Exhibit J)(Wahl, Sara Jane) (Entered: 7/18/2008) |
| 7/18/2008 | 31 | CERTIFICATE OF SERVICE of [27] Response in Opposition to Motion by Bank Of America, N.A., filed.(Metcalf, Brian) (Entered: 7/18/2008) |
| 7/18/2008 | 32 | NOTICE of Appearance by Maxim B. Litvak, John D. Fiero on behalf of Official Unsecured Creditors' Committee, filed. (Litvak, Maxim) (Entered: 7/18/2008) |
| 7/18/2008 | 33 33 33 33 33 33 33 33 33 | BRIEF *in Support of its Alternative Proposals for Setting of Bond/Security for Stay Pending Appeal* re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal* by The Bank of New York Trust Company, N.A., filed. (Attachments: # (1) Appendix A, # (2) Appendix B, # (3) Appendix C, # (4) Appendix D, # (5) Appendix E, # (6) Appendix F, # (7) Appendix G, # (8) Appendix H)(Worden, Mark) (Entered: 7/18/2008) |
| 7/18/2008 | 34 | CERTIFICATE OF SERVICE of [33] Brief, [13] Order, by The Bank of New York Trust Company, N.A., filed.(Worden, Mark) (Entered: 7/18/2008) |
| 7/19/2008 | 35 | CERTIFICATE OF SERVICE of [20] Response in Opposition to Motion, by Marathon Structured Finance Fund L.P., filed.(Penn, John) (Entered: 7/19/2008) |

| | | |
|---|---|---|
| 7/20/2008 | 37 | ORDER granting [12] Motion to Appear Pro Hac Vice. Lauren M. Macksoud granted leave to appear for American Securitization Forum.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 38 | ORDER granting [11] Motion to Appear Pro Hac Vice. Hugh McDonald granted leave to appear for American Securitization Forum.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 39 | ORDER granting [26] Motion to Appear Pro Hac Vice. Paul J. Pascuzzi is admitted pro hac vice.(Signed by Chief Judge Hayden Head) Parties notified. (mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 40 | ORDER granting [25] Motion to Appear Pro Hac Vice. Craig P. Druehl granted leave to appear for Mendocino Redwood Company, LLC.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 41 | ORDER granting [24] Motion to Appear Pro Hac Vice. Brian D. Hail granted leave to appear for Mendicino Redwood Company, LLC.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 42 | ORDER granting [23] Motion to Appear Pro Hac Vice. Allan S. Brilliant granted leave to appear for Mendocino Redwood Company, LLC.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 43 | ORDER granting [21] Motion to Appear Pro Hac Vice. David Neier granted leave to appear for Marathon Structured Finance Fund L.P.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 44 | ORDER granting [22] Motion to Appear Pro Hac Vice. Steven M. Schwartz granted leave to appear for Marathon Structured Finance Fund L.P.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 47 | ORDER granting [19] Motion to Appear Pro Hac Vice. Eric D. Winston granted leave to appear for Angelo, Gordon & Co., et al.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 48 | ORDER granting [18] Motion to Appear Pro Hac Vice. Jeffrey H. Davidson granted leave to appear for Angelo, Gordon & Co., et al.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/20/2008 | 50 | ORDER granting [28] Motion to Appear Pro Hac Vice. Ana Acevedo granted leave to appear for Bank of America, N.A.(Signed by Chief Judge Hayden Head) Parties notified.(mserpa, ) (Entered: 7/21/2008) |
| 7/21/2008 | 36 | BRIEF In Support *Scotia Pacific Company, LLC's Brief In Support of Joinder in the Indenture Trustee's Emergency Motion for Stay Pending Appeal* re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal* by Scotia |

| | | |
|---|---|---|
| | | Pacific Company LLC, filed.(Fromme, Eric) (Entered: 7/21/2008) |
| 7/21/2008 | 45 | EXHIBITS re: [36] Brief, by Scotia Pacific Company LLC, filed.(Fromme, Eric) Modified on 7/21/2008 (mserpa, ). Per Atty Fromme's Office on 7/21/08, exhibits were filed in error. (Entered: 7/21/2008) |
| 7/21/2008 | 46 | MOTION for John D. Fiero to Appear Pro Hac Vice by Official Unsecured Creditors' Committee, filed. Motion Docket Date 8/11/2008. (Litvak, Maxim) (Entered: 7/21/2008) |
| 7/21/2008 | | Corrective Entry: [45] Exhibits FILED IN ERROR per Atty's Office. (mserpa, ) (Entered: 7/21/2008) |
| 7/21/2008 | 49 49 | DECLARATION of A.A. "Red" Emmerson re: [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal*, filed. (Attachments: # (1) Exhibit A)(Fromme, Eric) (Entered: 7/21/2008) |
| 7/21/2008 | 51 | JOINDER in [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal*, filed by Scotia Pacific Company LLC. (mserpa, ) (Entered: 7/21/2008) |
| 7/21/2008 | 52 | RESPONSE in Opposition to [1] MOTION to Stay *Emergency Motion for Stay Pending Appeal*, filed by Matthew Z Leopold. (Leopold, Matthew) (Entered: 7/21/2008) |
| 7/21/2008 | 53 | ORDER DENYING MOTION FOR STAY PENDING APPEAL denying [1] Motion to Stay.(Signed by Chief Judge Hayden Head) Parties notified. (mserpa, ) (Entered: 7/21/2008) |
| 7/21/2008 | 54 | MOTION for Brian M. Metcalf to Appear Pro Hac Vice by Bank Of America, N.A., filed. Motion Docket Date 8/11/2008. (Metcalf, Brian) (Entered: 7/21/2008) |
| 7/21/2008 | 55 | MOTION for Evan M. Jones to Appear Pro Hac Vice by Bank Of America, N.A., filed. Motion Docket Date 8/11/2008. (Metcalf, Brian) (Entered: 7/21/2008) |